✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __CALIFORNIA__

STEVEN c. ZEPEDA

Plaintiff (s),

V.

Persolve Legal Group, LLP v. DNF Associates, LLC

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __3:21-cv-000625-AJB-RBB__

Notice is hereby given that, subject to approval by the court, __Persolve Legal Group and DNF Associates__ substitutes

(Party (s) Name)

__Kevin Yeam__, State Bar No. __126519__ as counsel of record in

(Name of New Attorney)

place of __Martin Weingarten__.

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __Persolve Legal Group, LLP__
Address: __9301 Corbin Ave, Suite 1600__
Telephone: __(818) 534-3100__   Facsimile _____
E-Mail (Optional): _____

I consent to the above substitution.
Date: __July 20, 2021__

_(signature)_
(Signature of Party (s))

I consent to being substituted.
Date: __7/19/2021__

Martin Weingarten
_(signature)_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __JUL 1 9 2021__

_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven C. Zepeda | Case No. 3:21-cv-00625-AJB-RBB |
| vs. | **DECLARATION OF SERVICE** |
| Persolve Legal Group, LLP  et al | Person Served: Alejandro E. Figueroa |
| | Date Served: 07/19/20 |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents:

in the following manner: (check one)

1)      By personally delivering copies to the person served.

2)      By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to ther person served at the place where the copies were left.

3)      By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)   **X**   By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at Northridge , CA on 19 , 2021

Executed on  7/20/2021 , 20         at   Northridge, CA

_____

::ODMA\PCDOCS\WORDPERFECT\14560\2 May 5, 1999 (10:01am)