## Attachment A

### STIPULATIONS

Factual Stipulations

    a. The Court has jurisdiction pursuant to 28 U.S.C. § 1331.

    b. Venue is proper in the Southern District of California.

    c. Defendants are debt collectors as defined by § 1692a(6) of the FDCPA.

    d. Plaintiff is a "consumer" as defined by § 1692a(3) of the FDCPA.

    e. Persolve Legal Group's voicemail messages that were left at the phone number 760-879-0087 were efforts to collect Plaintiff's debt that originated from Kay Jewelers.

    f. The debt that originated from Kay Jewelers is a "debt" as defined by § 1692a(5) of the FDCPA.

    g. Persolve Legal Group's voicemail messages that were left at the phone number 760-879-0087 were not made to obtain location information from a third-party.

    h. Plaintiff called Defendant on January 19, 2021, to make a deal in connection with the subject consumer debt.

    i. Plaintiff does not dispute the Kay Jewelers debt.

    j. Plaintiff has not sought medical treatment for any of his injuries.

    k. Plaintiff did not suffer any change in annual income as a result of Defendant's alleged conduct.

    l. Plaintiff did not lose any employment opportunities as a result of Defendants' alleged conduct.

    m. Persolve Legal Group, LLP left 8 prerecorded messages at the phone number 760-879-0087.

    n. Neither Defendant had any express permission from any Court to communicate with Plaintiff's Father, Fabian Zepeda.

o. Neither Defendant effectuated or attempted to effectuate a postjudgment judicial remedy relating to Plaintiff.

p. None of the voicemail messages left at the phone number 760-879-0087 by Persolve Legal Group, LLP were to effectuate any postjudgment judicial remedies.

q. Plaintiff's Father, Fabian Zepeda, is not the consumer of the subject consumer debt, is not Plaintiff's attorney, is not a consumer reporting agency, is not the creditor of the subject consumer debt, is not the attorney of the creditor of the subject consumer debt and is not the attorney of either Defendant.

r. The Kay Jewelers Application is signed by Plaintiff.

s. Directly above Plaintiff's signature, the Kay Jeweler's Application states:

1. In addition, I consent to 1) be contacted about my account through any contact information 4 STIPULATIONS I provide, including cell phone numbers, even if I am charged under my phone plan and 2) the use of any automatic telephone dialing system and/or a prerecorded message when contacted.

t. Mr. Zepeda provided his father's name and contact information on the credit application.

u. Sterling Jewelers, Inc. does business as Kay Jewelers.

v. The 8 prerecorded messages left at the phone number 760-879-0087 by Persolve Legal Group, LLP are authenticated, true and correct, and admissible.

w. These 8 messages were produced by Plaintiff, bates labeled as ZEPEDA 000007-000010 and ZEPEDA 000012-000015.