1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10
11
12   IN RE TRANSFER OF CASES FROM           **ORDER OF TRANSFER**
     MAGISTRATE JUDGE RUBEN B.
13   BROOKS TO MAGISTRATE JUDGE
     WILLIAM V. GALLO
14
15
16
17       IT IS HEREBY ORDERED that the following listed cases are transferred from the
18   calendar of Magistrate Judge Ruben B. Brooks to the calendar of Magistrate Judge
19   William V. Gallo for all further proceedings. All conferences or hearing dates previously
20   set before Judge Brooks will remain as scheduled before Judge Gallo. Any dates set
21   before the district judge remain unchanged.
22   <u>Case No.</u>        <u>Case Name</u>
23   22cv853-RBB       Brown v. Kijakazi
24   14cv894-L         O'Shea v. American Solar Solutions, Inc.
25   21cv625-AJB       Zepeda v. Persolve Legal Group, LLP
26   / / /
27   / / /
28   / / /

1 | 22cv1756-L          Daoud v. Oudkirk
2 | 22cv1277-WQH   Sewell v. Starside Security & Investigations, Inc.
3 |
4 | Dated: January 6, 2023
5 |
6 |                                                          Hon. Ruben B. Brooks
                                                             United States Magistrate Judge