Bobby C. Walker, Esq.
California Bar No. 321788
Sulaiman Law Group, Ltd.
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181 Ext. 149
Fax: (630) 575-8188
bwalker@sulaimanlaw.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. ZEPEDA,<br><br>Plaintiff,<br><br>v.<br><br>PERSOLVE LEGAL GROUP, LLP and DNF ASSOCIATES, LLC,<br><br>Defendants. | Case No.: 3:21-cv-00625-AJB(WVG)<br><br>**1. SPECIAL VERDICT FORM** |

Pursuant to the Court's Order dated October 31, 2022, STEVEN C. ZEPEDA ("Plaintiff") hereby submits Plaintiff's Special Verdict Form:

Dated: January 9, 202\3                     Respectfully submitted,

/s/ Bobby C. Walker
Bobby C. Walker, Esq.
California Bar No. 321788
Sulaiman Law Group, Ltd.
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181 Ext. 149
Fax: (630) 575-8188
bwalker@sulaimanlaw.com
*Counsel for Plaintiff*

# JURY VERDICT FORM

## (SPECIAL INTERROGATORIES TO THE JURY)

We, the jury in the above-entitled action, find the following special verdict: (Note: Answer "YES" or "NO" to each question by checking the space next to the appropriate answer.)

## CLAIM FOR VIOLATION - FAIR DEBT COLLECTION PRACTICES ACT

**Question No. 1:**

Did any of the Defendants, or others acting on their behalf, violate the Fair Debt Collection Practices Act ("FDCPA") by communicating impermissible information to Plaintiff's Father, Fabian Zepeda, without the direct, prior consent of the Plaintiff?

    Persolve Legal Group, LLP    YES\_\_\_\_\_   NO\_\_\_\_\_

    DNF Associates, LLC    YES\_\_\_\_\_   NO\_\_\_\_\_

Regardless of your answers to this question, please answer the next question.

**Question No. 2:**

Did any of the Defendants, or others acting on their behalf, violate the FDCPA by using any false, deceptive, or misleading representation or means in connection with the collection of any debt?

    Persolve Legal Group, LLP    YES\_\_\_\_\_   NO\_\_\_\_\_

        DNF Associates, LLC        YES_____ NO_____

Regardless of your answers to this question, please answer the next question.

**Question No. 3:**

Did any of the Defendants, or others acting on their behalf, violate the FDCPA by using any unfair or unconscionable means in connection with the collection of any debt?

        Persolve Legal Group, LLP    YES_____ NO_____

        DNF Associates, LLC        YES_____ NO_____

If you answered "Yes" as to either Defendant at least once in any of the first three questions, please answer Question No. 4 and Question No. 5.

If you answered "No" as to both Defendants for all three questions, please sign and date the verdict form.

**Question No. 4:**

If you answered "Yes" to any question above, you may award up to $1,000.00, total, to Plaintiff in statutory damages for violation(s) of the FDCPA. In determining the proper award, you should consider the following factors: 1) the frequency and persistence of noncompliance; 2) the nature of such noncompliance; and, 3) the extent to which such noncompliance was intentional.

**Amount of FDCPA Statutory Damages**

$_____

**Question No. 5:**

Did Plaintiff prove by a preponderance of the evidence that he suffered any actual damages (which may include invasion of privacy, loss of sleep, aggravation, or emotional distress) due to the conduct of either or both Defendants, or others acting on their behalf?

YES_____ NO_____

If you answered "Yes," state the amount of actual damages caused to Plaintiff by each Defendant.

If you answered "No," please sign and date the verdict form.

**Amount of FDCPA Actual Damages Caused by Persolve Legal Group, LLP**

$_____

**Amount of FDCPA Actual Damages Caused by DNF Associates, LLC**

$_____

Foreperson: _____
               Presiding Juror

Date: _____