# UNITED STATES DISTRICT COURT
for the

Southern District of California

| | | |
|---|---|---|
| STEVEN G. ZEPEDA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:21-cv-00625-AJB-WVG |
| PERSOLVE LEGAL GROUP, LLP et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STEVEN G. ZEPEDA                                                                                                                        .

Date:   01/24/2023

/s/ Alexander J. Taylor
*Attorney's signature*

Alexander J. Taylor, #332334
*Printed name and bar number*

Sulaiman Law Group, Ltd
2500 South Highland Avenue, Suite 200
Lombard, IL 60148

*Address*

ataylor@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*