June D. Coleman, Esq.  SBN 191890
MESSER STRICKLER BURNETTE, LTD.
5960 South Land Park Drive #1059
Sacramento, CA 95822
Phone: (916) 502-1768
jcoleman@messerstrickler.com

Attorney for Defendants
PERSOLVE LEGAL GROUP, LLP and DNF ASSOCIATES, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. ZEPEDA,<br><br>                              Plaintiff,<br><br>v.<br><br>PERSOLVE LEGAL GROUP, LLP and DNF ASSOCIATES, LLC,<br><br>                              Defendants. | Case No.: 21-CV-0625-AJB (WVG)<br><br>**EX PARTE REQUEST TO CONTINUE TRIAL**<br><br>Date:         February 14, 2023<br>Time:        8:30 a.m.<br>Courtroom: 4A<br>Location:   221 West Broadway<br>                   San Diego, CA 92101<br>Honorable Anthony J. Battaglia |

Defendant request that the Court continue the trial because of Defendant Persolve Legal Group, LLP's representative's health issues.  As this Court may recall, this case was originally scheduled to be tried in November 2022, but the Court had some family issues arise and needed to reschedule.  At the conference where the Court explained this issue, the Court tentatively rescheduled the trial, noting that if there was a conflict after counsel had had an opportunity to discuss the new trial date with their clients, the Court would reschedule.  Defendants had a conflict, and the Court rescheduled the trial date to February 14, 2023, after consultation with counsel.

Mr. Straub had open heart surgery on January 31.  Mr. Straub was scheduled to have an exploratory catheterization on January 31 based on abnormal test results over the

preceding 60 days that indicated there were issues.  However, during the procedure, the cardiologist determined that three arteries were almost completely blocked.  The procedure changed from a less than one hour procedure to a more than three hour surgery.  Mr. Straub, who is recuperating at his home in Wisconsin, has not been cleared by his doctor to return to work or travel.  He will be unable to attend trial.  For this reason, Defendants request that the trial be continued.  Defendants propose that the Court set a conference with counsel to set a new trial date.

    The evening of February 7, when defense counsel emailed Mr. Straub to schedule a time to discuss the trial, Mr. Straub responded that he had just had open heart surgery and that he was not available to teleconference on Friday because of appointments with his doctors.  Defense counsel immediately spoke to Plaintiff's counsel, on February 7, and noted that defense counsel would attempt to get more information, including information about whether the trial could proceed.  Alex Taylor indicated that Plaintiff's counsel would generally not oppose a continuance based on medical necessity, but needed more information to make a determination about this matter.

    Although Mr. Straub was to speak with defense counsel on February 8, Mr. Straub was not feeling up to it, and described the day as a "bad day."  Defense counsel requested over text whether Mr. Straub could attend trial, and Mr. Straub replied by text that he could not, and the trial would need to be continued.  Defense counsel immediately texted opposing counsel at 11:30 a.m. on February 8 to inform them that Mr. Straub would be unable to attend trial and Defendants would need to continue the trial.  Defense counsel had no response to this text, and followed up with an email on February 8 at 11:00 p.m. that she would be filing the instant request to continue the trial on February 9.  Because Mr. Straub had indicated that he could not attend the trial because of his medical condition, defense counsel noted that she would note the request was unopposed, unless Plaintiff's counsel confirmed otherwise.  Plaintiff's counsel immediately responded that they would need additional information.

The parties spoke again the morning of February 9, and Plaintiff's counsel indicated that they would oppose this request to continue the trial without further information. Defense counsel emailed Plaintiff's counsel additional information obtained by text from Mr. Straub regarding his medical condition. Defense counsel would be happy to provide the additional information that she provided to Plaintiff's counsel to the Court during a conference call, rather than include additional medical information in this pleading. As of the filing of this request, Plaintiff's counsel has not consented to this request to continue the trial.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 9, 2023, in Sacramento, CA

DATED: February 9, 2023               MESSER STRICKLER BURNETTE, LTD.

                                                             ___/s June D. Coleman_____
                                                             June D. Coleman
                                                             Attorneys for Defendants
                                                             PERSOLVE LEGAL GROUP, LLP
                                                             and DNF ASSOCIATES, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served the parties listed on the service list with the Court via email by this Court's CM/ECF system on February 9, 2023.

                                                             ___/s June D. Coleman_____
                                                             June D. Coleman