UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. ZEPEDA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PERSOLVE LEGAL GROUP, LLP and DNF ASSOCIATIONS,<br><br>　　　　　　　　　　Defendants. | Case No.:  21-CV-625-AJB-WVG<br><br>**ORDER SETTING VIDEO MANDATORY SETTLEMENT CONFERENCE** |

　　　　Consistent with presiding District Judge Anthony J. Battaglia's Order directing the Parties to engage in a Mandatory Settlement Conference ("MSC") before this Court (Doc. No. 64), the Court hereby ORDERS the Parties, their counsel, and insurance adjusters, if any at all, to virtually appear for a Video MSC on **Wednesday, March 15, 2023, at 6:00 a.m. PST**. Chambers will provide counsel the relevant Zoom meeting information. To that end, **no later than Wednesday, March 8, 2023**, counsel shall lodge (1) their and their clients' appearances and direct telephone numbers for purposes of the March 15, 2023, Video MSC; and (2) the Parties' MSC statements, clearly identifying their settlement

1

21-CV-625-AJB-WVG

positions, areas of agreement, and what specific issues divide the Parties for settlement purposes.

**IT IS SO ORDERED.**

DATED: February 28, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge